MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Defendant Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOUTHERN CAPITAL PRESERVATION, LLC AND PAUL PAWLIK, AS TENANTS IN COMMON,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION AND CONNIE CHEN,<br><br>Defendants.<br>─────────────────────────────<br>AND ALL RELATED ACTIONS | Case No.: 2:15-cv-00801-APG-CWH<br><br>**NOTICE OF DISASSOCIATION** |

PLEASE TAKE NOTICE that Federal Home Loan Mortgage Corporation, hereby provide notice that Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

/ / /

42323219;1

Akerman LLP continues to serve as counsel for Federal Home Loan Mortgage Corporation in this action. All future correspondence and papers in this action should continue to be directed Melanie D. Morgan, Esq. and Donna M. Wittig, Esq. receive all future notices.

Respectfully submitted, this 14th day of July, 2017.

**AKERMAN LLP**

/s/ Donna M. Wittig
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendant Federal Home Loan Mortgage Corporation*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: July 17, 2017

_____
UNITED STATES MAGISTRATE JUDGE

2

42323219;1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2017 pursuant to FRCP 5(b)(2)(E), I caused service of a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** to be made electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system for filing and transmittal to all interested parties.

Robert B. Noggle, Esq.
Noggle Law
1880 E. Warm Springs Rd. Ste. 110
Las Vegas, NV 89119
*Attorneys for Paul Pawlik*

Alex B Ghibaudo, Esq.
G Law
320 E. Charleston Blvd., Ste. 105
Las Vegas, NV 89104
*Attorneys for Paul Pawlik and Southern Capital Preservation, LLC*

/s/ *Doug J. Layne*
An employee of AKERMAN LLP