MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Defendant Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SOUTHERN CAPITAL PRESERVATION, LLC AND PAUL PAWLIK, AS TENANTS IN COMMON,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION and CONNIE CHEN,<br><br>Defendants. | Case No.: 2:15-cv-00801-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE REPLIES IN SUPPORT OF SUMMARY JUDGMENT MOTIONS**<br><br>**(FIRST REQUEST)** |
| AND ALL RELATED ACTIONS | |

Defendant Federal Home Loan Mortgage Corporation (**Freddie Mac**) and Plaintiffs Southern Capital Preservation, LLC and Paul Pawlik, as Tenants in Common (**Plaintiffs**) stipulate and agree to the extension of the deadlines for their replies in support of their motions for summary judgment:

1.      Plaintiffs filed its motion for summary judgment on March 19, 2019 [ECF No. 34].

2.      Freddie Mac filed its motion for summary judgment on March 19, 2019 [ECF No. 36].

3.      Plaintiffs filed its opposition to Freddie Mac's motion for summary judgment on April 2, 2019 [ECF No. 37].

4.      The deadline for Freddie Mac to file an opposition to Plaintiffs' motion for summary judgment is April 9, 2019 [ECF No. 36].

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

5. The deadline for Plaintiffs to file a reply supporting its motion for summary judgment is currently April 16, 2019 [ECF No. 37].

6. The parties stipulate to the extension of the deadline an additional thirteen (13) days, up to and including **April 29, 2019**, for each to file replies supporting their motions for summary judgment.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED: April 9th, 2019.

| **AKERMAN LLP** | **NOGGLE LAW PLLC** |
|---|---|
| /s/ Donna M. Wittig | /s/ Robert B. Noggle |
| MELANIE D. MORGAN, ESQ. | ROBERT B. NOGGLE, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 11427 |
| DONNA M. WITTIG, ESQ. | RICHARD VILKIN, ESQ. |
| Nevada Bar No. 11015 | Nevada Bar No. 8301 |
| 1635 Village Center Circle, Suite 200 | 5940 South Rainbow Boulevard, Suite 1013 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89119 |
| *Attorneys for Federal Home Loan Mortgage Corporation* | *Attorneys for Southern Capital Preservation, LLC and Paul Pawlik as Tenants in Common* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

April 9, 2019
_____
**DATED**