# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOUTHERN CAPITAL PRESERVATION, LLC and PAUL PAWLIK, | Case No.: 2:15-cv-00801-APG-EJY |
| Plaintiffs | **Order** |
| v. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, et al., | |
| Defendants | |

In light of defendant Federal Home Loan Mortgage Corporation's status report (ECF No. 49),

I ORDER that defendant Federal Home Loan Mortgage Corporation's counterclaim for unjust enrichment is DISMISSED as moot. The clerk of court is instructed to close this case.

DATED this 25th day of November, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE